# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Camfil - DP Filters | 12/7/2022 | 266372 | Check | $ 18,721.97 |
| Akorn Operating Company, LLC | Camfil - DP Filters | 1/9/2023 | 266872 | Check | $ 15,025.57 |
| | | | | | $ 33,747.54 |